REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  minn@verizon.net

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
|---|---|
| vs. | ) |
| | ) DEFENDANT HENRY J. MERRILL'S |
| | ) MOTION TO MODIFY TERMS AND |
| HENRY J. MERRILL, (04), | ) CONDITIONS OF RELEASE; |
| aka "Hank," | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |

DEFENDANT HENRY J. MERRILL'S
MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

COMES NOW Defendant HENRY J. MERRILL, by and through his attorney, Reginald P. Minn, and moves this Court for an order amending the terms and conditions of Defendant's pretrial release to delete the condition relating to electronic monitoring.

This motion is based on the attached Declaration of Counsel, the records and files of this case, and such evidence as is presented at the hearing on this motion.

DATED:  Honolulu, Hawaii, February 13, 2006.

                                                                <u>/s/ Reginald P. Minn</u>
                                                                REGINALD P. MINN
                                                                Attorney for Defendant
                                                                HENRY J. MERRILL