IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) |
| HENRY J. MERRILL,    (04), | ) |
|    aka "Hank," | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

I, Reginald P. Minn, declare as follows:

1.   I am the attorney for Defendant HENRY J. MERRILL in the above-captioned case.

2.   On or about September 14, 2005, Defendant Merrill was released on conditions of pretrial bail, including the requirement that he be subject to electronic monitoring.

3.   Since Defendant's release, he has been supervised by United States Pretrial Officer David Kahunahana.

4.   On or about February 9, 2006, I spoke by telephone with Mr. Kahunahana who informed me that he would have no objection to the deletion of the electronic monitoring requirement as Defendant has performed satisfactorily while under his supervision.

5.   After speaking with Mr. Kahunahana, I contacted Assistant United States Attorney Thomas Muehleck, and he

informed me by a telephone message that he would not stipulate to the deletion of the electronic monitoring condition and that Defendant should seek permission of the Court by way of this motion.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED: Honolulu, Hawaii, February 13, 2006.

/s/ Reginald P. Minn  
REGINALD P. MINN  
Attorney for Defendant  
HENRY J. MERRILL
