CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Thomas Muehleck   tom.muehleck@usdoj.gov   February 13, 2006

<u>Served by First Class Mail</u>:

David Kahunahana                              February 13, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, February 13, 2006.

/s/ Sheri Tongg