EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| | ) |
| Plaintiff, | ) UNITED STATES' OPPOSITION TO |
| | ) DEFENDANT'S MOTION TO MODIFY |
| vs. | ) TERMS AND CONDITIONS OF |
| | ) RELEASE |
| HENRY J. MERRILL,    (04), | ) |
|   aka "Hank," | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION
TO MODIFY TERMS AND CONDITIONS OF RELEASE

    The United States opposes defendant's motion to amend the terms and conditions of his pretrial release to delete electronic monitoring.  The defendant's trial on charges of drug trafficking is scheduled to begin April 25, 2006.  The defendant has two prior drug convictions and cocaine and drug distribution paraphernalia were seized at the defendant's residence on June 3, 2005.

In light of the defendant's criminal history and the nature of the charges, the United States submits that continued electronic monitoring is appropriate.

DATED: February 15, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
    THOMAS MUEHLECK
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

   Ronald P. Minn, Esq. <minn@verizon.net>    February 15, 2006

                                /s/ Rowena N. Kang