# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CR 04-00134SOM

CASE NAME:  USA v. (04) Henry J. Merrill

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Barry M. Kurren          REPORTER:

DATE:  3/7/2006                  TIME:

COURT ACTION:  EO:  Defendant (04) Henry J. Merrill's Motion to Modify Terms and Conditions of Release set for hearing on 3-8-06 @ 11 a.m. before Magistrate Judge Barry M. Kurren is vacated per Attorney Reginald Minn.  Minn to file a withdrawal of the motion.

Submitted by Richlyn Young, Courtroom Manager