REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  minn@verizon.net

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| | ) |
| vs. | ) WITHDRAWAL OF DEFENDANT |
| | ) HENRY J. MERRILL'S MOTION TO |
| HENRY J. MERRILL,   (04), | ) MODIFY TERMS AND CONDITIONS |
|   aka "Hank," | ) OF RELEASE FILED FEBRUARY |
| | ) 13, 2006; CERTIFICATE OF |
| Defendant. | ) SERVICE |
| | ) |

WITHDRAWAL OF DEFENDANT HENRY J. MERRILL'S MOTION TO MODIFY
TERMS AND CONDITIONS OF RELEASE FILED FEBRUARY 13, 2006

COMES NOW Defendant HENRY J. MERRILL, by and through his attorney, Reginald P. Minn, and hereby withdraws Defendant Henry J. Merrill's Motion to Modify Terms and Conditions of Release filed herein on February 13, 2006.

DATED:  Honolulu, Hawaii, March 7, 2006.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
HENRY J. MERRILL

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Thomas Muehleck   tom.muehleck@usdoj.gov    March 7, 2006

Served by First Class Mail:

David Kahunahana                            March 7, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, March 7, 2006.

/s/ Sheri Tongg

2