EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00134 SOM |
| | ) | |
| Plaintiff, | ) | MOTION FOR ORDER DIRECTING |
| | ) | CLERK OF COURT TO ISSUE PENAL |
| vs. | ) | SUMMONS AND UNSEAL THE SEALED |
| | ) | THIRD SUPERSEDING INDICTMENT; |
| MICHAEL ALLEN BUSH,     (02), | ) | ORDER |
| LANI ANN BREWER,        (03), | ) | |
| HENRY J. MERRILL,       (04), | ) | |
|   aka "Hank," | ) | |
| TIMOTHY DARE,           (05), | ) | |
| | ) | |
| Defendants. | ) | |


<u>MOTION FOR ORDER DIRECTING CLERK OF
COURT TO ISSUE PENAL SUMMONS AND UNSEAL
THE SEALED THIRD SUPERSEDING INDICTMENT</u>

A Third Superseding Indictment was returned by the

grand jury on March 23, 2006.  The Court ordered the Third

Superseding Indictment sealed and issued an arrest warrant for

the new defendant Timothy Dare.  On April 3, 2006, Mr. Dare

appeared in United States District Court with his attorney

William Harrison.  The United States asks the Court to order the

Clerk of Court to issue a penal summons for defendants

Michael Allen Bush, Lani Ann Brewer and Henry J. Merrill, aka

"Hank," and to unseal the Third Superseding Indictment.

DATED: April 4, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
    THOMAS MUEHLECK
    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00134 SOM |

UNITED STATES OF AMERICA,    ) CR. NO. 04-00134 SOM
                             )
              Plaintiff,     ) ORDER
                             )
         vs.                 )
                             )
MICHAEL ALLEN BUSH,    (02), )
LANI ANN BREWER,       (03), )
HENRY J. MERRILL,      (04), )
  aka "Hank,"                )
TIMOTHY DARE,          (05), )
                             )
              Defendants.    )
_____)


ORDER

        Considering the Motion of the United States through the
United States Attorney's Office, the Motion is granted and the
Clerk of Court is directed to unseal the Third Superseding
Indictment and to issue penal summonses for defendants Michael
Allen Bush, Lani Ann Brewer and Henry J. Merrill, aka "Hank," to
appear for arraignment and plea to the Third Superseding
Indictment.

        SO ORDERED this 10th day of April, 2006, at Honolulu,
Hawaii.



                              Leslie E. Kobayashi
                              United States Magistrate Judge