AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
## District of Hawaii

APR 17 2006

at 3 o'clock and 40 min. 
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00134SOM 04 |
| HANK J. MERRILL aka "Hank" | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>April 24, 2006 @ 10:30 am |

To Answer a(n) Third Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846; 21: 846 & 18:2; 841(a)(1)
Brief description of offense:

| | | |
|---|---|---|
| Conspiracy to distribute, possess with intent to distribute Cocaine, Schedule II | - | CT 1 |
| Attempt to possess with intent to distribute Cocaine, Schedule II | - | CT 2 |
| Possession of Cocaine, Schedule II, with intent to distribute | - | CT 3 |

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)    Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To H.J. Merrill 04/13/06 04-00134-4
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0000 8122 4846

RECEIVED
2006 APR 13 PM 12:38
U.S. MARSHALS SERVICE
HONOLULU, HI

April 13, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 04-00134SOM 04 USA v HANK J. MERRILL aka "Hank"

# RETURN OF SERVICE

Service as made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                         Mark M. Hanohano
                 Date                              Name of United States Marshal


                                                   _____
                                                   (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hank J. Merrill
66-060 Waialua Betro Rd
Waialua, HI  96791

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  04/13/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

