REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
|---|---|
| vs. | ) DEFENDANT HENRY J. MERRILL'S ) MOTION TO AMEND TERMS AND |
| HENRY J. MERRILL, (04), aka "Hank," | ) CONDITIONS OF RELEASE ) REGARDING ELECTRONIC ) MONITORING; DECLARATION OF |
| Defendant. | ) COUNSEL; CERTIFICATE OF ) SERVICE |

DEFENDANT HENRY J. MERRILL'S
MOTION TO AMEND TERMS AND CONDITIONS OF RELEASE
REGARDING ELECTRONIC MONITORING

COMES NOW Defendant HENRY J. MERRILL, by and through his attorney, Reginald P. Minn, and moves this Court to amend the terms and conditions of Defendant's pretrial release by deleting the condition relating to electronic monitoring.

This motion is based on the attached Declaration of Counsel, the records and files of this case, and such evidence as is presented at the hearing on this motion.

DATED:  Honolulu, Hawaii, June 13, 2006.

                                        <u>/s/ Reginald P. Minn</u>
                                        REGINALD P. MINN
                                        Attorney for Defendant
                                        HENRY J. MERRILL