IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) |
| HENRY J. MERRILL, (04), | ) |
| aka "Hank," | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

I, Reginald P. Minn, declare as follows:

1.  I am the attorney for Defendant HENRY J. MERRILL in the above-captioned case.

2.  Defendant Merrill has been on pretrial release since in or around September 2005 and he has been subject to electronic monitoring.

3.  Defendant has been supervised by David Kahunahana of the United States Pretrial Services office, and Mr. Kahunahana informs me that he has no objection to the deletion of the electronic monitoring requirement in this case.

4.  By this request, Defendant seeks the deletion of condition (7p2) which relates to electronic monitoring, and would agree that all other terms and conditions of his release should remain in full force and effect.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, June 13, 2006.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
HENRY J. MERRILL