CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael K. Kawahara  mike.kawahara@usdoj.gov   June 13, 2006

Served by Hand-Delivery:

David Kahunahana                                June 13, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, June 13, 2006.

/s/ Sheri Tongg