REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone: (808) 526-9343
Facsimile: (808) 599-1645
e-mail: rpminn@gmail.com

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| | ) |
| vs. | ) WITHDRAWAL OF DEFENDANT |
| | ) HENRY J. MERRILL'S MOTION TO |
| HENRY J. MERRILL, (04), | ) AMEND TERMS AND CONDITIONS |
| aka "Hank," | ) OF RELEASE REGARDING |
| | ) ELECTRONIC MONITORING; |
| Defendant. | ) CERTIFICATE OF SERVICE |
| | ) |

WITHDRAWAL OF DEFENDANT HENRY J. MERRILL'S
MOTION TO AMEND TERMS AND CONDITIONS OF RELEASE
REGARDING ELECTRONIC MONITORING

COMES NOW Defendant HENRY J. MERRILL, by and through his attorney, Reginald P. Minn, and hereby withdraws Defendant Henry J. Merrill's Motion to Amend Terms and Conditions of Release Regarding Electronic Monitoring filed herein on June 13, 2006.

DATED: Honolulu, Hawaii, June 15, 2006.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
HENRY J. MERRILL

CERTIFICATE OF SERVICE

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Michael K. Kawahara mike.kawahara@usdoj.gov June 15, 2006

Served by Hand-Delivery:

David Kahunahana                                           June 15, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    DATED:  Honolulu, Hawaii, June 15, 2006.

                                                    /s/ Sheri Tongg_____