REGINALD P. MINN  1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00134-04 SOM |
| vs. | ) STIPULATION TO AMEND TERMS AND CONDITIONS OF RELEASE REGARDING ELECTRONIC MONITORING |
| HENRY J. MERRILL,    (04), aka "Hank," | |
| Defendant. | |

STIPULATION TO AMEND TERMS AND CONDITIONS OF RELEASE
REGARDING ELECTRONIC MONITORING

IT IS HEREBY STIPULATED by and between the United States of America and Defendant HENRY J. MERRILL, by and through their respective undersigned attorneys, that the condition relating to electronic monitoring of Defendant Merrill while on pretrial release shall be deleted.

Accordingly, it is hereby ordered that condition (7p2) relating to electronic monitoring is hereby deleted.

All other terms and conditions of Defendant's pretrial release shall remain in full force and effect.

Dated: Honolulu, Hawaii, June 15, 2006.

_____
Reginald P. Minn
Attorney for Defendant
HENRY J. MERRILL

_____
Michael K. Kawahara
Assistant U.S. Attorney

APPROVED AS TO FORM AND CONTENT:

_____
David Kahunahana
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

USA V. HENRY J. MERRILL, CR. NO. 04-00134-04 SOM, STIPULATION TO AMEND TERMS AND CONDITIONS OF RELEASE REGARDING ELECTRONIC MONITORING