REGINALD P. MINN  1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
HENRY J. MERRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>HENRY J. MERRILL,    (04),<br>   aka "Hank,"<br><br>            Defendant. | CR. NO. 04-00134-04 SOM<br><br>STIPULATION TO CONTINUE<br>SENTENCING; ORDER<br><br>New Date:<br>DATE:   July 23, 2007<br>TIME:   1:30 p.m.<br>JUDGE:  Hon. Susan Oki Mollway<br><br>Previous Date:<br>DATE:   May 7, 2007<br>TIME:   1:30 p.m.<br>JUDGE:  Hon. Susan Oki Mollway |

STIPULATION TO CONTINUE SENTENCING

　　　　IT IS HEREBY stipulated by and between the United States of America and Defendant HENRY J. MERRILL, by and through their respective undersigned attorneys, that the sentencing hearing for Defendant HENRY J. MERRILL shall be continued from May 7, 2007, at 1:30 p.m., to July 23, 2007, at 1:30 p.m., before the Honorable Susan Oki Mollway.

1

This stipulation is entered into at the request of the Defendant.

Dated:  Honolulu, Hawaii, March 1, 2007.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
HENRY J. MERRILL

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, March 9, 2007.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA V. HENRY J. MERRILL, CR. NO. 04-00134-04 SOM; STIPULATION TO CONTINUE SENTENCING; ORDER